McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ARTURO PACHECO,<br><br>                      Defendant. | CASE NO. 2:20-CR-221 JAM<br><br>MEMORANDUM REQUEST FOR INITIAL APPEARANCE VIA VIDEOCONFERENCE<br><br>DATE: November 20, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

The United States of America, through Assistant U.S. Attorney Brian A. Fogerty, respectfully requests that the Court set this matter for an initial appearance before the Honorable Carolyn K. Delaney on November 20, 2020, at 2:00 p.m.  The undersigned counsel has conferred with defendant Arturo Pacheco's counsel, David W. Dratman, who has agreed to appear on that date and time.  The parties request that the Court conduct the hearing via videoconference (Zoom).

Dated:  November 19, 2020

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                 By:  /s/ BRIAN A. FOGERTY
                                       BRIAN A. FOGERTY
                                       Assistant United States Attorney