PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>ARTURO PACHECO,<br><br>                        Defendant. | CASE NO. 2:20-CR-221 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: August 30, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Arturo Pacheco, by and through his counsel David W. Dratman, hereby agree and stipulate as follows:

1.      On November 19, 2020, a grand jury returned a four-count indictment, charging Pacheco with two counts of deprivation of rights under color of law, in violation of 18 U.S.C. § 242, and two counts of falsification of records in a federal investigation, in violation of 18 U.S.C. § 1519. ECF No. 1.

2.      On November 20, 2020, Pacheco appeared before the Honorable Carolyn K. Delaney, at which hearing the court set this matter for a status conference and excluded the time between November 20, 2020, and January 12, 2021, from the computation of time in which trial must commence under the Speedy Trial Act. ECF No. 5. The case was subsequently reassigned to this Court, and by subsequent order the Court excluded time and set this case for a status conference on August 30, 2021. ECF No. 20.

3.      Since the initiation of the charges against the defendant, the government has produced discovery, including several hundred pages of documents and audio recordings. In August 2021, the

1    government supplemented its production with additional materials.  Counsel for the defendant needs

2    time to investigate the allegations underlying the charges in the indictment, examine the evidence,

3    confer with his client, and prepare for trial while also handling other matters in federal and state court.

4           4.     Based on the foregoing facts, the parties request that the Court vacate the August 30,

5    2021, status conference and reset the case for a status conference to be held on November 1, 2021, at

6    9:00 a.m.  The parties further agree and request that the Court exclude the time between August 30,

7    2021, and November 1, 2021, from the computation of time in which trial must commence under the

8    Speedy Trial Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by

9    excluding the time between August 30, 2021, and November 1, 2021, under the Speedy Trial Act,

10   outweigh the best interests of the public and the defendant in a speedy trial.  The parties request that the

11   Court adopt the facts set forth herein and order time excluded from August 30, 2021, to and including

12   November 1, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow

13   defense counsel to investigate and prepare for trial.

14

15   Dated:  August 24, 2021                              PHILLIP A. TALBERT
                                                          Acting United States Attorney
16

17                                                 By:  /s/ BRIAN A. FOGERTY
                                                       BRIAN A. FOGERTY
18                                                     Assistant United States Attorney

19

20   Dated:  August 24, 2021                              /s/ DAVID W. DRATMAN
                                                          DAVID W. DRATMAN
21                                                        Counsel for Defendant
                                                          Arturo Pacheco
22

23

24

25

26

27

28

STIPULATION AND ORDER                              2

1

## ORDER

2    The Court, having received, read, and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the

4  August 30, 2021, status conference and resets the matter for a status conference on November 1, 2021,

5  at 9:00 a.m.  The Court also specifically finds that based on the facts set forth in the parties' stipulation,

6  the failure to exclude the time between August 30, 2021, and November 1, 2021, would deny counsel

7  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8  The Court further finds that the ends of justice served by the continuance outweigh the best interests of

9  the public and the defendant in a speedy trial.  Time from August 30, 2021, to and including

10 November 1, 2021, is excluded from the computation of time within which the trial of this case must

11 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local

12 Code T-4.

13    IT IS SO ORDERED.

14 Dated:  August 24, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28