IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:20-CR-0221 WBS |
| **ARTURO PACHECO,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum    ☒ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Christopher Campbell |
| Detained at: | CA Department State Hospital Atascadero |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWTH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Rosanne L. Rust* |
| Printed Name & Phone No: | Rosanne L. Rust (916) 554-2811 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum    ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | AK5359 | DOB: | 07/30/1961 |
| Facility Address: | 10333 El Camino Real, Atascadero, CA | Race: | W |
| Facility Phone: | (805) 468-2000 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)