IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>v.<br><br>**ARTURO PACHECO,**<br><br>                    Defendant. | CR NO: 2:20-CR-0221 WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum          ☒ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Christopher Campbell |
| Detained at: | CA Department State Hospital Atascadero |

Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
    charging detainee with: _____
or
b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or
b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWTH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Rosanne L. Rust* |
| Printed Name & Phone No: | Rosanne L. Rust (916) 554-2811 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum          ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 29, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | AK5359 | DOB: | 07/30/1961 |
| Facility Address: | 10333 El Camino Real, Atascadero, CA | Race: | W |
| Facility Phone: | (805) 468-2000 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                  (signature)