PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ARTURO PACHECO,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-CR-0221 WBS<br><br>REQUEST TO WITHDRAW WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

　　　　Given the change in trial dates from August 2, 2022, to August 23, 2022, the Government hereby requests to withdraw the Writ of Habeas Corpus Ad Testificandum issued on June 29, 2022, ECF No. 31. The Government plans to submit to the Court a new Application for Writ of Habeas Ad Testificandum with the new trial date, and a new date by which the identified individual must be presented.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 19, 2022　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　ROSANNE L. RUST
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney