PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0221 WBS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE: WITHDRAWAL OF WRIT OF HABEAS AD TESTIFICANDUM |
| v. | |
| ARTURO PACHECO, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum, ECF No. 31, is hereby withdrawn.

It is so ordered.

Dated: July 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE