DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Ste 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:         (916) 930-6482
E-Mail:      david.fischer@fischerlawoffice.com

Attorney for Defendant
ARTURO PACHECO

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-0221 WBS |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR ADDING CASE TO CALENDAR FOR CHANGE OF PLEA** |
| ARTURO PACHECO, | Date: July 25, 2022 |
| Defendant. | Time: 9:00 a.m. |
| | **Judge:** Hon. William B. Shubb |

**REQUEST**

The defendant requests that this case be placed on the Court's calendar for July 25, 2022, at 9 00 a.m. for a change of plea hearing. This date is agreeable with the government.

DATED: July 20, 2022         Respectfully submitted,
                             LAW OFFICES OF DAVID D. FISCHER

                             /s/ David D. Fischer
                             Attorney for Defendant
                             ARTURO PACHECO