| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20CR00221-01 WBS |
| Plaintiff, | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report Pre-Sentence Report [See Local Rule 460 (Fed. R. Crim. P. 32)] |
| vs | |
| **ARTURO PACHECO,** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

Date of Referral to Probation Officer:  　　　07-25-2022　　　
(Date of Plea or Verdict)

**Judgment and Sentencing Date:**

**10-17-2022 at 9:00 a.m.**
(At least **11 weeks** after plea)

Reply or Statement　　　　　　　　　　　　　　　10-11-2022
(1 week before sentencing)

Motion for Correction of the Pre-Sentence Report　　　10-03-2022
-Shall be Filed with the Court and Served on the　　　(2 weeks before sentencing)
Probation Officer and Opposing Counsel no
Later Than:

The Pre-Sentence Report Shall be Filed with the　　　09-26-2022
Court and Disclosed to Counsel no Later Than:　　　(3 weeks before sentencing)

Counsel's Written Objections to the Pre-Sentence　　　09-19-2022
Report Shall be Delivered to the Probation　　　(4 weeks before sentencing)
Officer and Opposing Counsel no Later Than:

The Proposed Pre-Sentence Report Shall be　　　09-06-2022
Disclosed to Counsel no Later Than:　　　(6 weeks before sentencing)

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)    AUSA
(x)    Defense Counsel
(x)    USPO

Dated:  July 25, 2022                                                    By: K. Kirksey Smith
                                                                                         Courtroom Deputy