FILED
Aug 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 12 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States District Court
Eastern District of California

Case No. 2:20-cr-221 WBS

Declaration in Support of

Maximum Sentence...

I Mario Amador Gonzalez AG-7688 @ Lancaster, Los Angeles pursuant to 28 U.S.C § 1746 verify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. On April 12th 2016 while housed at Sacramento Represa aka "New Folsom" my back was broken, my ribs were broken, I was also forced to swallow urine & feces mixture. This was done to my person as a retaliation; I met with I.S.U./Internal Affair agents on or about March 10th 2016. I alerted them that my life was in danger.

I provided information to the I.S.U./Internal Affair about officers working the Psychiatric Security Unit P.S.U. whom would "cuff us" and beat us. After the beatings we'd get extra time added to our sentence just for being battered. Document #42 of this case "Exhibit A" describes how Mr. Pacheco falsified a report. The F.B.I. should be looking closer at the "Greenwall Lieutenants" Bales (Lt.) Morton (Sgt.) These along with a Lt. Brandon Strohmaier need to be indicted. These are the ones that approve false reports on A-Facility at Sacramento. My incident Log # SAC-PSU-16-04-0314. Look at format used here. (Roseville Federal Bear Bureau of Investigations)

I met with Federal Bureau of Investigations Agent Sean Lister while I was KVSP in July of 2018 he promised me somebody would follow up w/ me. He left to Romania & no one has followed up w/ me. I can provide specific dates from my stay at Sacramento where officers beat someone whom were cuffed & suddenly violently spun away broke free from B grasp.. In order to get justice I guess one has to die... I died during my surgery for a broken back in 2017 I have severe P.T.S.D. that is not

Case No: 2:20-cr-00221-WBS

TREATED. I HAVE NIGHT TERRORS AT LEAST 4-5 TIMES A WEEK. I ALSO CANNOT GET THAT PISS & SHIT TASTE OUT OF MY MOUTH. THANK YOU PACHECO AURICH LT. BALES CAPT. CLOUGH SGT. BYERS SGT. MORTON DR. ROSS CORR. OFFICERS VALINE. CROSS. BURKE, LEWIS, E. MINER J. LEECH C. KINN, WALKER FEMALE CANTRELL MALE. (C.O. JIMENEZ YOU WERE NOT PART OF MY INCIDENT YOUR JUST A LIAR WHO WANTED OVERTIME.)

DOES JUSTICE EXIST FOR THE LIVING?

MR. PACHECO & MS. AURICH KNOW MORE THAN WHAT THEY'VE OFFERED...

EXECUTED ON THIS 7th OF AUGUST 2022

Marco Amadoh Gonzalez

AG-7688

PACHECO DESERVES LIFE IN PRISON & SO DOES AURICH

A HUMAN LIFE IS WORTH MORE THEN 12 YEARS