**FILED**

**SEP 19 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States District Court
Eastern District of California

2:20-cr-221-WBS
Declaration in Support of Maximum Sentence Re: A. Pacheco

Dear Members of the Court:

I Mario A. Gonzalez AG-7688 verify & declare pursuant to 28 U.S.C. §1746 the following is true and correct. I recently sent documents to Federal Bureau of Investigations Office in Roseville, California. I hope the documents arrived intact. I put faith in Mr. Philip A. Talbert as well as agents of the F.B.I. located in that jurisdiction.

When you review the documents in an unbias state of mind you'll notice the only consistencies officers of Sacramento Represa provide are inconsistencies. We the people whom suffered at the hands of the Greenwall (now known as) the Good ol' Boys, deserve justice. When an Investigative Service Unit is designated to investigate it's own for misconduct. They must not cover up officers wrong doings. Thats what occured at Sacramento Represa during 2015-2019. I left that facility on or about Nov. 26th of 2018. While I was there officers were still beating & causing great bodily injuries to my peers along with myself. The reports are there. When you look at the reports you'll see the same old pattern. The I.S.U. officers should also be indicted. Every last one of them! Mr. Talbert U.S. Attorney said it best: Those who violate the public's trust by harming inmates "under color of law" or by covering up wrongdoing must and will be held accountable"!
In my case as well officers left another officer out of the incident report! The I.S.U. Lt. Sparks knew the warden Baughman Capt. Clough knew yet the I.S.U. covered it all up. Just like the officer who reacted his misconduct got covered up. What the people deserve

-1-

UNDER JUSTICE IS TO HAVE "THE GREENWALL GOOD OL BOYS" INDICTED. REVISIT OUR FRIVOLOUS RULES VIOLATION REPORTS YOU'LL SEE THE PATTERN THEM OFFICERS USED WHILE ACTING UNDER COLOR OF LAW.

ON 9-7-2022 @ APPROX. 8:15 PM C.O. HART SIGNED AND STAMPED MY OUTGOING LEGAL MAIL ADDRESSED TO AGENT LALAWND of F.B.I. Roseville, CA! I SUBMITTED A REQUEST FOR MY LOG OUTGOING LEGAL MAIL TO SEE WHEN MY PRIVILEGED MAIL WAS SENT OUT. IRONICALLY AFTER I MET WITH I.A. AGENT BOLDEN + D.O.J./F.B.I. AGENT LALAWND I SENT OFF MY DOCUMENTS + SHOWED THROUGH THOSE DOCUMENTS WHERE OFFICERS LIED. NO ONE LOOKED AT THE ABUSE WE SUFFERED! THATS CAUSE THE I.S.U. IS WAS CROOKED see EXHIBITS (A) +(B)

SGT. STAKES   SGT. ~~CARBONE~~ S. CARONE/BETANCOURT. LT. SPARKS WAS TRYING TO MAKE IT LOOK LIKE HE WAS DOING THE RIGHT THING MR. VALENTINO RODRIGUEZ IS A GOOD MAN! MAY HE REST IN PEACE.

I WITNESSED ONE OF MY PEERS GET HIS FACE KICKED IN ON or ABOUT Oct 10TH 2018 BY C.O. GOODRICH + SOME OTHER CO. SVIES or SWIES + AFTER HE HIS FACE GOT KICKED IN A SGT. GONZALEZ THREATENED MY FRIEND STATING "IF YOU COME OUT TO DO THAT VIDEO WE'RE GOING TO BEAT YOUR ASS + FUCK YOU UP!" VERBATIM. THIS FRIEND of MINE DID a VIDEO WITH LT. BALES + LT. SPARKS I.S.U. BEFORE THE VIDEO C.O. SASSO, FALCO TOOK KEVIN HEMBREE OVER TO LT. BALES LT. BALES PUSHED KEVIN UP AGAINST THE WALL + THREATENED HIM YOU NEED TO SEE THE VIDEO. SO YOU'LL SEE JUST HOW CORRUPT THE I.S.U. WAS/IS. THAT VIDEO OCCURED ON APPROX 10-18-18 OR SHORTLY THERE AFTER.

*Mario Gonzalez*

ACCORDING TO THE CDC LOG MY MAIL WAS NOT SENT OUT!

(2)                                9/14/22

**STATE OF CALIFORNIA**  
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**  
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE  
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (LAST) | (FIRST) | CDC NUMBER | SIGNATURE |
|---|---|---|---|
| GONZALEZ | MARIO | AG-7688 | Mario A Gonzalez |

| HOUSING/BED NUMBER | ASSIGNMENT | HOURS FROM N/A to A | TOPIC |
|---|---|---|---|
| A-2-120 | CCCMS - P.S.U. | | STAFF MISCONDUCT |

**CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:**
WE NEED TO TALK A.S.A.P. LT. SPARKS PER TITLE 15: I PREPARED A 602 FOR MR. HEMBREE ONCE IT WAS COMPLETE I GAVE IT TO C.O. NGUYEN ON 10-13-18 I WAS TOLD BY MR. HEMBREE THAT C.O. FALCO WAS THE ONE WHO WALKED IT OVER TO MR. HEMBREE AND STATED "I'M GONNA GIVE THIS TO (BALES LT.) C.O. FALCO WOULD NOT GIVE ME MY 602 OR PROVIDE ME WITH A COPY PER: HEMBREE. I'M TOLD THAT LT. BALES IS GOING TO PULL OUT HEMBREE ON FRI THE 19TH TO DISCUSS 602 I PROVIDED FOR HEMBREE CAUSE I WITNESSED FIRST HAND WHAT C.O. L. GOODRICH DID TO HIM ON 10/15/18 @ APPROX. 3:30 PM HEARD C.O. L. GOODRICH TELL MR. HEMBREE "COME TO THE SUTUNA AND I'LL BEAT YOUR ASS!"

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX)** **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
- [ ] SENT THROUGH MAIL: ADDRESSED TO: LT. SPARKS I.S.U. DATE MAILED: 10/15/18
- [ ] DELIVERED TO STAFF:

| RECEIVED BY: PRINT STAFF NAME | DATE | SIGNATURE | FORWARDED TO ANOTHER STAFF? YES / NO |
|---|---|---|---|
| Lee | 10/15/18 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED | METHOD OF DELIVERY: IN PERSON / BY US MAIL |
|---|---|---|
| LT. SPARKS I.S.U. | | |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME | DATE | SIGNATURE | DATE RETURNED |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE | DATE SUBMITTED |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME) | DATE | SIGNATURE | DATE RETURNED |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee