United States District Court
Eastern District of California
FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

MARIO A. GONZALEZ AG-7688
P.O. BOX 4610 C1-135
LANCASTER, CALIFORNIA
-93539-

Case No. 2:20-cr-221-WBS
Declaration in Support of Withholding/Suppressing Evidence. Re (A. Pacheco)

People of the Court Mr. Philip A. Talbert Especially! Most Recently I Participated in An Interview with Internal Affair Agent Bolden of Sacramento Internal Affairs Department. He was Accompanied By Federal Bureau of Investigation's Agent Lalawnd.

Members of the Court I was Not Prepared Nor Did I Have My Evidence/Documents with Me. The Court Needs To Know On 9-7-2022 @ Approximately 8:15 PM C.O. Officer Hart of C-1 And C.O. Duke Were At The Podium When I Approached Them In Regards To Processing My "Outgoing Legal Mail". As I Stated To Agent Lalawnd of the F.B.I. (Approximately 2 weeks ago) I'll Send You Some Documents Which Provide Inconsistencies. According To Agent Bolden of I.A. The Entire I.S.U. Got Replaced. The Evidence I was Sending To Agent Lalawnd Never Got Processed According To Policy. A 7½ × 10½ Manilla Colored Envelope Containing Approx 21 Documents Is Missing. On 9-14-22 I Alerted C.O. Hart + C.O. Duke That My Legal Mail Never Got Processed According To My C.D.C. 119 Outgoing Legal Mail By CDC Number (see Exhibit A)! It Shall Be Noted On the Day the F.B.I. + Internal Affairs Summoned Me. C.O. V. Martinez Gave Me The Run-Around Cause I Reported To The Program Office She Stated & No One Called For You. As I Left C.O. Ortega Was In The Observation Tower Was Telling Me You Probably Have Legal Mail. These (2) Officers Deliberately Gave Me The Run-Around Cause They Did Not Want Me Talking to the F.B.I. The Court Needs To See Just How Far The Greenwall Extends Pretty Far Members of

(1) of (2)

the Court. The Audio Video Surveillance System Clearly shows as well as C.O. Hart's Body Worn Camera shows How C.O. Hart stamped & signed my Legal Mail @ approx. 8:15 PM on 9-7-22. Addressed to Roseville F.B.I.

Your Honor members of the Court this is Obstruction Access to the Courts. The Documents I tried sending out have alot in common with the Corruption at Sacramento P.S.O. Represa.

In the Pacheco Aldrich Case An Officers Account was Deliberately left out! My Case As well Also Has a Missing Report.

Mr. Talbert, members of the Court in the Documents I tried sending out I showed proved where officers lied. But being a Crooked I.S.U. was in power in 2016 No. One bothered to look at the evidence.

Pursuant to 28 U.S.C. §1746 I declare verify under Penalty of Perjury under laws of the United States of America the foregoing is true & correct executed on this 14th day of Sept. 2022

EXHIBIT (A)

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 9-12-22 | MAILROOM R. KOELMEYER | GONZALEZ | AG-7688 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| C1 | 135 | C-CULINARY | FROM 1300 | TO 2000 |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

NEED A CDC 119 LOG FOR ALL OUTGOING LEGAL MAIL FROM JULY-1ST 2022 TIL SEPT 13 2022! Thank You I HAVE ATTACHED A TRUSTWITHDRAWL FOR COPY FEES! BASICALLY I WANT MY OUTGOING LEGAL MAIL LOG CDC 119 FROM JULY 1ST 2022 - SEPT. 15 - 2022.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY R. Koelmeyer    DATE 9/13/22

DISPOSITION
Please see attached (1) page 119 legal log as requested. Thank you.

# 119 Outgoing Legal Mail by CDC Number

| Date | Name | CDC# | Addressee | City, State Zip Code |
|---|---|---|---|---|
| 7/5/2022 | GONZALEZ | AG7688 | USDC N DIST | OAKLAND CA 94612 |
| 7/7/2022 | GONZALEZ | AG7688 | PRISON LAW OFC | SQ CA 94964 |
| 7/11/2022 | GONZALEZ | AG7688 | USDC N DIST | OAKLAND CA 94612 |
| 7/15/2022 | GONZALEZ | AG7688 | ATTRNY WILLIAM L SCHMIDT | FRESNO CA 93729 |
| 7/18/2022 | GONZALEZ | AG7688 | ATTRNY MICHAEL BIEN | SAN FRAN CA 94104 |
| 7/28/2022 | GONZALEZ | AG7688 | RBGG LLP | SAN FRAN CA 94104 |
| 8/8/2022 | GONZALEZ | AG7688 | USDC E DIST OFC OF THE CLERK | SAC CA 95814 |
| 8/8/2022 | GONZALEZ | AG7688 | RBGG LLP | SAN FRAN CA 94104 |
| 8/23/2022 | GONZALEZ | AG7688 | ATTY EVERARDO VARGAS VALENCIA | SAN FERNANDO CA 91340 |
| 8/29/2022 | GONZALEZ | AG7688 | WARDEN | LANCASTER CA 93539 |
| 8/29/2022 | GONZALEZ | AG7688 | CDCR DIRECTOR KATHLEEN ALLISON | SAC CA 95812 |
| 8/31/2022 | GONZALEZ | AG7688 | OFC OF THE INSPCTR GNRL | SAC CA 95827 |
| 8/31/2022 | GONZALEZ | AG7688 | OFC OF THE CLERK USDC | OAKLAND CA 94621 |

EXHIBIT (A)

STATE OF CALIFORNIA  
GA-0022 (Rev 2013-10)  
DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | | CDCR NUMBER |
|---|---|---|---|---|
| 9-8-22 | MAILROOM | GONZALEZ | MARIO | AG-7688 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| C1 | 135 | C-CULINARY | FROM 1300 | TO 2000 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

REQUESTING CDC 119 LOG FOR THE LAST 4 WEEKS OUTGOING LEGAL MAIL. Thank You.

I HAVE ATTACHED A TRUST WITHDRAWL SLIP FOR COPYING CHARGE

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY R. Koelmeyer    DATE 9/9/22

DISPOSITION Please see attached (1) pages 119 legal log as requested. Thank you.

# 119 Outgoing Legal Mail by CDC Number

| Date | Name | CDC# | Addressee | City, State Zip Code |
|---|---|---|---|---|
| 8/23/2022 | GONZALEZ | AG7688 | ATTY EVERARDO VARGAS VALENCIA | SAN FERNANDO CA 91340 |
| 8/29/2022 | GONZALEZ | AG7688 | WARDEN | LANCASTER CA 93539 |
| 8/29/2022 | GONZALEZ | AG7688 | CDCR DIRECTOR KATHLEEN ALLISON | SAC CA 95812 |
| 8/31/2022 | GONZALEZ | AG7688 | OFC OF THE INSPCTR GNRL | SAC CA 95827 |
| 8/31/2022 | GONZALEZ | AG7688 | OFC OF THE CLERK USDC | OAKLAND CA 94621 |