DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        david.fischer@fischerlawoffice.com

Attorney for Defendant
ARTURO PACHECO

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTURO PACHECO,<br><br>        Defendant | Case No.:  2:20-CR-00221-WBS<br><br>**FORMAL OBJECTIONS AND MOTION TO CORRECT THE PRE-SENTENCE REPORT**<br><br>Date:  October 17, 2022<br>Time:  9:00 a.m.<br>Judge:  Hon. William B. Shubb |

   Arturo Pacheco, by and through his attorney, David D. Fischer, hereby makes the below-stated objection to the Pre-Sentence Investigation Report (PSR) and moves the Court for an order to correct the report consistent with the defendant's objection

I. **IN PARAGRAPH 40, THE DEFENDANT OBJECTS TO THE FIVE-LEVEL INCREASE FOR SERIOUS BODILY INJURY AS IT RELATES TO VICTIM C.C.'s INJURIES (PEPPER SPRAY INCIDENT) BECAUSE THE THREE-LEVEL ENHANCEMENT APPLIES INSTEAD.**

   The parties stipulated in the plea agreement that a three-level adjustment should apply to Victim C.C., the victim of the pepper spray incident (Plea Agreement, P.8).

- 2 -

1  Although it does not affect the total offense level because of grouping, the defense objects to the
2  finding of serious bodily injury, warranting a 5-level increase, where the parties agree that only
3  the bodily injury specific offense characteristic applies, warranting a 3-level increase. This
4  relates to Victim 1, C.C., the victim of the pepper spray incident. Paragraph 10 of the PSR
5  confirms that C.C. was medically evaluated and cleared of any damage to his eyes. Paragraph 14
6  details that C.C. was offered a decontamination shower, but he declined. Accordingly, the +3 for
7  bodily injury accurately captures this specific offense characteristic. The serious bodily injury
8  specific offense characteristic does not.  Accordingly, the defendant requests the Court to
9  order the probation officer to correct the PSR.

DATED:  October 3, 2022            Respectfully submitted,


                                   /S/ David D. Fischer
                                   DAVID D. FISCHER
                                   Attorney for Defendant
                                   ARTURO PACHECO